UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
HOUSTON CASUALTY COMPANY,

        Plaintiff,

-against-

ROCKHILL INSURANCE COMPANY,

        Defendant.
----------------------------------------------------------------x

Civil Action No.:
1:23-cv-06151-KPF

**STIPULATION OF DISMISSAL**

**MEMO ENDORSED**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the respective parties that the above-captioned action is voluntarily dismissed, with prejudice and without costs to any party, against the defendant Rockhill Insurance Company pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:   White Plains, New York
            May 17, 2024

| LONDON FISCHER LLP | JAFFE & ASHER LLP |
|---|---|
| By: _____ <br> Jan H. Duffalo, Esq. <br> Attorneys for Plaintiff <br> HOUSTON INSURANCE COMPANY <br> 59 Maiden Lane, 39th Floor <br> New York, New York 10038 <br> (212) 972-1000 | By: _____ <br> Marshall T. Potashner, Esq. <br> Attorneys for Defendant <br> ROCKHILL INSURANCE COMPANY <br> 445 Hamilton Avenue, Suite 405 <br> White Plains, New York 10601 <br> (212) 687-3000 |

Dated:  May 20, 2024
         New York, New York

SO ORDERED.

*/s/ Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE